CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Celia Amairani Alonso-Flores; 1991; United States | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>25-05943MJ |

Complaint for violation of Title 18, United States Code § 922(a)(6), Material False Statement During Purchase of a Firearm

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about November 30, 2023, **Celia Amairani Alonso-Flores**, in the District of Arizona, in connection with the acquisition of firearms, to wit: three (3) AK-47 pattern semi-automatic rifles, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented that she was the actual buyer/transferee of the firearms, whereas in truth and fact, she was purchasing the firearms on behalf of another person; in violation of Title 18 United States Code, Sections 922(a)(6) and 924(a)(2).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 4, 2023, Homeland Security Investigations (HSI) interdicted a vehicle in Nogales Arizona believed to be involved in weapons trafficking. Twelve AK-47 pattern semi-automatic rifles were found in the trunk of the vehicle, nine of which had obliterated serial numbers. The driver of the vehicle admitted to agents he/she had picked up the rifles in Phoenix and brought them to Nogales to be smuggled into Mexico.

The United States Border Patrol assisted with recovering the serial numbers of rifles, helping agents track down who had purchased the rifles. Two of the rifles were purchased by **Celia Amairani Alonso-Flores** (**Alonso**) on November 30, 2023, from Ammo A-Z/Zeus Arms in Phoenix Arizona, which is a federally licensed firearms (FFL) dealer within the meaning of Chapter 44, Title 18, United States Code. During the purchase of the firearms Alonso filled out ATF Form 4473, which includes a question and attestation that **Alonso** was the actual buyer/transferee of the firearms, to which she indicated she was. On this same occasion **Alonso** purchased a third AK-47 which is currently unaccounted for.

Further investigation revealed that from June 2023 through January 2024 Alonso purchased no less than 37 firearms, the vast majority of which were AK-47 pattern rifles, weapons sought after by criminal organizations in Mexico. On numerous occasions, as she did on November 30, 2023, Alonso purchased multiple AK-47 pattern rifles of the same make and model. Further, department of economic security records revealed that Alonso reported zero income during this time frame, despite expending $26,000 to acquire firearms. E-Trace records revealed that six other AK-47 pattern rifles purchased by Alonso were subsequently recovered in Mexico. This behavior is consistent with someone acting as a straw purchaser of firearms for a criminal group.

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>ELIZABETH M GUGGISBERG  Digitally signed by ELIZABETH M GUGGISBERG  Date: 2025.04.30 13:41:31 -07'00' |
|---|---|
| | OFFICIAL TITLE & NAME:<br>HSI Special Agent Elizabeth Guggisberg |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1]. | DATE<br>April 30, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Kevin D. Schiff